UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                                  Chapter 11

    Edna Parks Blankinship                              Case No.  16-41560

                            Debtor.
-----------------------------------------------------------x

## NOTICE OF ADJOURNMENT

       PLEASE TAKE NOTICE, that all matters in the above-captioned case previously scheduled for December 21, 2017 have been adjourned to January 30, 2018 at 9:30 a.m.

Dated:  New York, New York
           December 19, 2017

                                             BACKENROTH FRANKEL & KRINSKY, LLP

                              By:    s/ Mark Frankel
                                    800 Third Avenue
                                    New York, New York  10022
                                    (212) 593-1100